UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,
                Plaintiff,

-v-

NAE SUNG LEE, *et al.*,
                Defendant.

21-CV-8538 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendant 220 West Investors LLC was served on January 4, 2022.  Defendant Nae Sung Lee was served on January 14, 2022.  However, no appearance has been entered on either defendant's behalf, and no response to the complaint has been filed in the allotted time.  Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel regarding a response to the complaint.

    If Plaintiff fails by June 21, 2022, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendant.

    SO ORDERED.

Dated: June 3, 2022
       New York, New York

                                                                        J. PAUL OETKEN
                                                                 United States District Judge